# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS SPURLOCK** | : | **DOCKET NO. 2:16-cv-1136** |
| **VERSUS** | : | **JUDGE JAMES** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 56] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 53] be **GRANTED** and that all claims be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 31st day of May, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE